**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NINE IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>HON. JOHN F. KERRY; UNITED STATES DEPARTMENT OF STATE; HON. JEH JOHNSON; AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | [PROPOSED] ORDER ALLOWING PLAINTIFFS TO PROCEED BY PSEUDONYM AND TO UNSEAL DOCUMENTS<br><br>Civil Action No. 1:15-cv-00300 (GK) |

For good cause shown, Plaintiffs' request to proceed in this matter under their pseudonyms and to unseal documents is **GRANTED**. It is **ORDERED** that:

(1) Plaintiffs will be referred to by their respective pseudonyms in all depositions, pleadings, and other documents concerning this litigation, and Plaintiffs shall be permitted to endorse documents concerning this litigation under their pseudonyms;

(2) All counsel, witnesses, and court personnel shall refer to Plaintiffs by their pseudonyms in all proceedings conducted before the Court;

(3) Any document revealing Plaintiffs' true identities shall be filed under seal and no document filed under seal shall be open to inspection, except as provided herein;

(4) Defendants may review the sealed documents and may reveal Plaintiffs' true identities (or any information or distinguishing characteristics which could reveal Plaintiffs' true

1

identities) only to attorneys litigating this case on their behalf or to officials responsible for the processing of Plaintiffs' Applications for Special Immigrant Visas;

(5) Any person or entity who comes to learn of Plaintiffs' true identities (or any information or distinguishing characteristics which could reveal Plaintiffs' true identities) by means of, or as a result of, this litigation shall not reveal Plaintiffs' true identities (or distinguishing characteristics) by any means to any other person or entity not authorized by this Court to receive such information; and

(6) Counsel for Plaintiff shall, within 15 days of the appointment of Defendants' counsel, file under seal documents revealing each Plaintiff's identity to Defendants and shall provide counsel for Defendants with a proposed form of Protective Order to govern the exchange of sensitive or confidential information in connection with this action.

(7) All pseudonymous documents filed in this case shall be unsealed, including documents previously sealed by the Clerk of the Court.

Because the physical safety of Plaintiffs and their families is at stake, this Court shall, within its discretion, impose the maximum sanction permitted by law for any violation of this Order.

DATED: March 13, 2015

Gladys Kessler
Hon. Gladys Kessler
United States District Judge