UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NINE IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>HON. JOHN F. KERRY, et al.<br><br>Defendants, | Civil Action No. 15-300(GK) |

## ORDER

On February 27, 2015, Plaintiffs filed their Complaint [Dkt. No. 1]. On June 29, 2015, Defendants filed a Motion to Dismiss Plaintiffs' Complaint [Dkt. 25]. On July 31, 2015, Plaintiffs filed an Amended Complaint [Dkt. No. 31].

"Where a party amends its complaint, a pending motion to dismiss the original complaint is ordinarily denied without prejudice so that the movant can re-file the motion based on the amended pleading." Ellipso, Inc. v. Mann, 460 F. Supp. 2d 99, 103 (D.D.C. 2006). Accordingly, it is hereby

**ORDERED**, that Defendant's Motion to Dismiss [Dkt. No. 25] shall be **denied without prejudice**.

August 7, 2015

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF