UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINE IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, <br><br> Plaintiffs, <br><br> v. <br><br> HON. JOHN F. KERRY, et al. <br><br> Defendants. | Civil Action No. 15-300 (GK) |

### ORDER

Plaintiffs in this case are Iraqi and Afghan citizens who incurred great risks to themselves and their families through their service to the United States during the military operations in Iraq and Afghanistan known as Operation Iraqi Freedom and Operation Enduring Freedom. On September 1, 2015, the Government filed its Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim ("Gov't's Mot.") [Dkt. No. 36]. On September 25, 2015, Plaintiffs filed their Opposition [Dkt. No. 43], and on October 2, 2015, the Government filed its Reply [Dkt. No. 45].

On October 23, 2015, Plaintiffs filed a Motion for Leave to File a Supplemental Declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss [Dkt. No. 48] along with a copy of the Supplemental Declaration [Dkt. No. 48-1]. On

November 6, 2015, the Government filed its Response [Dkt. No. 49]. On November 9, 2015, Plaintiffs filed their Reply [Dkt. No. 50].

Upon consideration of the Government's Motion to Dismiss, Plaintiffs' Opposition, the Government's Reply, Plaintiffs' Motion for Leave, the Government's Response, Plaintiffs' Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Leave to File a Supplemental Declaration [Dkt. No. 48] shall be **granted**; and it is further

**ORDERED**, that the Government's Motion to Dismiss shall be **granted with respect to Counts 1 & 2 and all claims of Alpha, Bravo and Delta**; and it is further

**ORDERED**, that the Government's Motion to Dismiss shall be **denied with respect to Counts 3-6** (except insofar as those claims relate to Alpha, Bravo, and Delta); and it is further

**ORDERED**, that an Initial Scheduling Conference is scheduled for **February 22, 2016, at 10:15 a.m.**; and it is further

**ORDERED**, that the Parties' Joint Meet and Confer Statement shall be filed **on February 18, 2016, at 4:00 p.m.**

January 28, 2016

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF