UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINE IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN KERRY, *et al.*,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civil Action No. 15-300 (GK)<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Court has received the Parties First Joint Report. It appears as if real progress is being made, and that is very good news.

**WHEREFORE**, it is this 5th day of April, 2016, hereby

**ORDERED**, that the Parties file, **no later than July 1, 2016**, a further Joint Report on the status of the processing of each Plaintiff's SIV application, as well as of the SIV applications of Plaintiffs' spouses and children.

                                                              /s/ Gladys Kessler
                                                             Gladys Kessler
                                                             United States District Judge

**Copies via ECF to all counsel of record**