UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINE IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN KERRY, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 15-300 (GK)<br>:<br>:<br>:<br>: |

## CONSENT ORDER

The Parties jointly submit this Consent Order ("Consent Order") for approval and entry by the Court. The parties do so in an effort to resolve this case without further litigation and in light of the Court's Order and Memorandum Opinion issued on January 28, 2016 [Dkt. Nos. 51 & 52] and the Consent Order approved by the Court on March 21, 2016 [Dkt. No. 62].

The Parties have agreed that:

1. All proceedings in the above-captioned matter shall be stayed for an additional ninety (90) days from the termination of the current stay in effect pursuant to paragraph 1 of the Consent Order approved by the Court on March 21, 2016 [Dkt. No. 62], i.e., until September 19, 2016. The Parties anticipate that this stay will facilitate confirmation that all Plaintiffs and their spouses and children who have been issued SIVs have arrived in the United States.

2. The requirement that the Parties report jointly to the Court on the status of the processing of each Plaintiff's SIV application, as well as of the SIV applications of Plaintiffs' spouses and children pursuant to paragraph 7 of the Consent Order approved by the Court on March 21, 2016 [Dkt. No. 62] shall be suspended for the term of the stay set out above.

**SO ORDERED.**

June 1, 2016

                                            _/s/ Gladys Kessler_
                                            Gladys Kessler
                                            United States District Judge

**Copies via ECF to all counsel of record**